ORDER:
Motion granted.
John Bryant,
US MJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | | |
|---|---|---|
| Douglas Barton | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:11-1239 |
| | ) | SENIOR JUDGE NIXON |
| Michael J. Astrue, | ) | MAGISTRATE JUDGE BRYANT |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
|     Defendant, | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO REPLY TO DEFENDANT'S RESPONSE

Comes now Plaintiff Douglas Barton, by and through counsel, and respectfully moves this Court for Judgment on the Administrative Record. Plaintiff has contemporaneously filed a Reply Brief in Support of Motion for Judgment on the Administrative Record.

Wherefore, Plaintiff respectfully requests that this Court enter an Order REVERSING the final decision of the Commissioner and AWARDING Plaintiff the benefits to which he is entitled. Alternatively, Plaintiff requests that this Court REMAND this matter to the Defendant Commissioner for further consideration by a new Administrative Law Judge. Finally, Plaintiff requests that this Court grant him any and all other relief to which he may be entitled.

Respectfully submitted,

s/ David C. Downard
David C. Downard (#022068)
Downard & Associates, PLLC
Attorney for Plaintiff
501 Union Street, Suite 304