IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| DOUGLAS W. BARTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL ASTRUE, ) | Cv. No. 3:11-cv-01239 |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY ) | Judge Nixon/Bryant |
| ) | |
| Defendant. ) | |

## ORDER

The undersigned has entered, contemporaneously with this Order, a Report and Recommendation on the merits of this Social Security case. The District Judge's Order adopting or rejecting that recommendation to affirm the administrative decision, and the entry of judgment in accord, will end the merits phase of this litigation. *See* 42 U.S.C. § 405(g). Accordingly, there appear to be no further proceedings to be conducted before the Magistrate Judge. This case is therefore certified ready for disposition by the District Judge, upon consideration of the Report and Recommendation and any timely objections thereto.

    It is so **ORDERED**

                                                                   /s/ John S. Bryant
                                                                   John S. Bryant
                                                                    United States Magistrate Judge